UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | No. 3:09-CR-137(01)RM |
| BOBBI R. PENNINGTON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 5, 2009 [Doc. No. 10]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Bobbi Pennington's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1341.

SO ORDERED.

ENTERED:  November 30, 2009

                                          /s/ Robert L. Miller, Jr.
                                          Chief Judge
                                          United States District Court